UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL B. JOHNSON, | CIVIL NO. 05-1030 (PAM/JSM) |
| Petitioner, | |
| v. | ORDER |
| DEAN MOONEY, Director of the Minnesota Sex Offender Program | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 17, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is summarily DENIED;

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

3. This action is dismissed with prejudice.

Dated: May 9, 2006

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge